

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00389-CR

———————————————

DENNIS STACK, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 5
Denton County, Texas
Trial Court No. F24-920-462

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Appellant Dennis Stack was indicted for the third-degree felony offense of driving while intoxicated, third or more. *See* Tex. Penal Code Ann. § 49.09(b)(2). He pleaded guilty without the benefit of a plea bargain. Following a hearing on punishment, the trial court sentenced Stack to eight years' incarceration. Stack timely appealed.

After determining that Stack's appeal was frivolous, Stack's court-appointed appellate attorney filed a motion to withdraw as counsel and, in support of that motion, a brief. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's motion and brief meet the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See id.* at 744, 87 S. Ct. at 1400. Additionally, in compliance with *Kelly v. State*, counsel provided Stack with copies of the brief and the motion to withdraw; he informed Stack of his right to file a pro se response, to review the record, and to seek discretionary review pro se should this court declare his appeal frivolous; and he sent Stack a form motion for pro se access to the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Stack had the opportunity to file a pro se response to the *Anders* brief but did not do so. In lieu of a brief, the State filed a letter waiving its right to respond to the *Anders* brief.

We have carefully reviewed the record and counsel's brief and have determined that this appeal is wholly frivolous and without merit. We find nothing in the record

2

that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). We therefore grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 24, 2025